UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV809 RWS |
| | ) |
| MISSOURI DEP'T OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on defendant's motion for summary judgment. Defendant contends that he is entitled to judgment as a matter of law because he was not deliberately indifferent to plaintiff's serious medical needs. Plaintiff has not responded to the motion, and his time for doing so has expired. I will grant plaintiff leave, up to and including March 30, 2007, to file a written opposition to summary judgment. If plaintiff fails to comply with this Order, I will rule on defendant's motion for summary judgment as unopposed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall file a written

opposition to defendant's motion for summary judgment by no later than **March 30, 2007**.  If plaintiff fails to comply with this Order, I will rule on defendant's motion as unopposed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of March, 2007.